# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

IN RE:                                                                    MISC. No.

Nonjudicial Civil Forfeiture Proceeding as to
$50,100.00 in U.S. Currency, more or less;
seized from Richard Jones

## ASSENTED-TO MOTION TO EXTEND TIME TO FILE
## COMPLAINT FOR FORFEITURE TO MARCH 16, 2020

Pursuant to 18 U.S.C. § 983(a)(3)(A), the United States of America moves the court to allow it until March 16, 2020 to file a civil forfeiture action against fifty thousand one hundred dollars ($50,100) in U.S. Currency, more or less, seized from Richard Jones ("the property"). A civil forfeiture complaint against the property is due on January 16, 2020.

The United States represents to the Court as follows:

1. Pursuant to 18 U.S.C. § 983(a)(1)(A), the United States Drug Enforcement Agency has sent written notice of intent to forfeit to all known interested parties in an administrative, non-judicial forfeiture proceeding.

2. On October 18, 2019, Richard Jones filed a timely claim to the property in action pending before the DEA. Pursuant to CAFRA, the deadline for initiating a judicial forfeiture proceeding is January 16, 2020.

3. David Bobrow, Esquire, Bedard & Bobrow, P.C., represents Richard Jones, the only claimant to the property.

4. Attorney Bobrow and Richard Jones assent to a 60-day extension, to March 16, 2020, to file a forfeiture complaint for reasons set forth in the United States' memorandum of law filed in support of this Motion.

Therefore, the United States asks this Court to extend the time within which it has to file a complaint for forfeiture in this matter to March 16, 2020.

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

Dated:  January 13, 2020        By:   /s/ Robert J. Rabuck
                                                     Robert J. Rabuck
                                                     NH Bar #2087
                                                     Assistant U.S. Attorney
                                                     District of New Hampshire
                                                     53 Pleasant Street
                                                     Concord, New Hampshire
                                                     603-225-1552
                                                     rob.rabuck@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of January 2020, the foregoing Assented-to Motion to Extend Time to File Complaint for Forfeiture was sent via first class mail to David Bobrow, Esquire, counsel for Richard Jones.

                                                            /s/ Robert J. Rabuck
                                                            Robert J. Rabuck, AUSA